```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

GARY GOSCIAK,                       :
                                    :   Civil Action No. 10-5822 (SDW)
           Plaintiff,               :
                                    :
     v.                             :   **ORDER**
                                    :
JOHN MAIN, et al.,                  :
                                    :
           Defendants.              :   **CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this 21st day of June, 2011,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a); and it is further

ORDERED that the Clerk of the Court shall correct the Docket to reflect that Plaintiff's surname is "Gosciak"; and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that within 30 days after entry of this Order, Plaintiff may file a motion to re-open and for leave to file an amended complaint, attaching to any such motion a proposed amended complaint addressing the deficiencies of the Complaint as described in the Opinion filed herewith; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

s/Susan D. Wigenton  
Susan D. Wigenton  
United States District Judge